CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
State of Nevada
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: 702-486-2625
Facsimile: 702-486-3773
Email: mmenendez@ag.nv.gov

*Attorneys for* Julio Calderin, James Cox, and Dwight Neven

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN A. LUNFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GREG COX, D.W. NEVEN, and CHAPLAIN CAULDERON,<br><br>　　　　Defendant. | Case No. 3:13-cv-00257-RCJ-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Darren A. Lunford, *pro se*, and Defendants, by and through their counsel Catherine Cortez Masto, Attorney General of the State of Nevada, and Mercedes Menendez, Deputy Attorney General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

Dated: 4/21/14, 2014.

[signature]
Darren A. Lunford
Plaintiff, *pro se*

Dated: May 14th, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: [signature] Andrea Barreoleyl for
Mercedes Menendez  #9158
Deputy Attorney General
*Attorneys for Defendants*

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## ORDER FOR DISMISSAL WITH PREJUDICE

**APPROVED AND SO ORDERED:**

Dated this 3rd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717