# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN A. LUNFORD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREG COX, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:13-CV-00257-RCJ-WGC<br><br>**ORDER** |

MINUTE ORDER IN CHAMBERS:

[X]　**CASE STATUS INQUIRIES:** Before the court is your letter requesting status (ECF No.24). The court will notify you when any action is taken in your case. Due to the large number of civil actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of your case. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case. If you have not submitted a document required in your case, the court will notify you.

[X]　**MOTIONS:** A document requesting a court order must be styled as a motion, not a letter. See Federal Rules of Civil Procedure 7. Letters to a judge will be disregarded.

　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk